Reynaldo DE LA ROSA, Appellant,

v.

Raymond COLLERAN and Nicholas Muller, Appellees.

No. 71 Middle District Appeal Docket 1999.

Supreme Court of Pennsylvania.

July 8, 1999.

ORDER

PER CURIAM:

AND NOW, this 8th day of July 1999, probable jurisdiction is noted and the order appealed is affirmed.